**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6351**

─────────────

EDWARD SUTTON, JR.,

                                        Plaintiff - Appellant,

        versus

JIMMY JONES, Director of Kershaw County Deten-
tion Center; DOCTOR'S CARE,

                                        Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Margaret B. Seymour, District Judge.
(CA-00-289-6)

─────────────

Submitted: May 22, 2001            Decided: June 7, 2001

─────────────

Before WILKINS, LUTTIG, and KING, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Edward Sutton, Jr., Appellant Pro Se. William Henry Davidson, II,
Matthew Blaine Rosbrugh, DAVIDSON, MORRISON & LINDEMANN, P.A.,
Columbia, South Carolina; James E. Parham, Jr., John Eric Fulda,
Irmo, South Carolina, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward Sutton, Jr. appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint and denying his motion for appointment of counsel. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Sutton v. Jones</u>, No. CA-00-289-6 (D.S.C. Jan. 19, 2001; amended judgment filed Feb. 1, 2001; entered Feb. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>